ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDY OXFORD, Individually, as Wrongful Death Heir, and as Successor-in-Interest to CALVIN OXFORD, Deceased; and CHRIS OXFORD and JENNIFER OXFORD, as Legal Heirs of CALVIN OXFORD, Deceased; and, <br><br> CAROLYN ANN WILLIAMS, Individually, as Wrongful Death Heir, and as Successor-in-Interest to ROY WILLIAMS, Deceased; and YVETTE MCLEMORE-WILLIAMS as Legal Heir of ROY WILLIAMS, Deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL ELECTRIC COMPANY, TODD SHIPYARDS CORPORATION, LOCKHEED SHIPBUILDING COMPANY, and DOES 1-300, <br><br> Defendants. | No. C05-4946 SI <br><br> JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINE AND CONFERENCE, AND TO EXTEND TIME; [PROPOSED] ORDER TO STAY; [PROPOSED ALTERNATIVE] ORDER TO CONTINUE |

Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and respectfully move the Court for, an Order extending time as set forth in the *Order Setting Initial Case Management Conference* filed November 30, 2005 (Document 2), for the following good cause:

1  On January 10, 2006, Defendant GENERAL ELECTRIC COMPANY filed Document 8,
2  a Notice to Tag Along Action regarding the pending Multidistrict Litigation ("MDL") in the
3  Eastern District of Pennsylvania, seeking among other things, to move Jurisdiction of this matter
4  to that District.   On January 13, 2006, Defendant TODD SHIPYARDS CORPORATION filed
5  Document 10, a similar Notice to Tag Along Notice.

6  On July 29, 1991, the Judicial Panel on Multidistrict Litigation ("JPML") entered an
7  order transferring all asbestos personal injury cases pending in the federal courts to the United
8  States District Court for the Eastern District of Pennsylvania, for coordinated pretrial
9  proceedings pursuant to 28 U.S.C. § 14097. That order also applies to "tag-along actions," or
10 actions involving common questions of fact filed after January 17, 1991. Such actions are to be
11 transferred to the eastern District of Pennsylvania as part of MDL 875,  for coordinated pretrial
12 proceedings.

13 The JPML has held that a district court has the authority to stay pending a transfer order.
14 *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001)
15 ("[T]hose courts concluding that such issues should be addressed by the transferee judge need
16 not rule on them, and the process of 1407 transfer in MDL-875 can continue without any
17 unnecessary interruption or delay.")

18 The parties agree that it is likely that the JPML  will transfer this matter to the Eastern
19 District of Pennsylvania.

20 However, to date, the Clerk of the JPML has not entered a *Conditional Transfer Order*
21 pursuant to JPML Rule 12(a) or filed an order to show cause why the action should not be
22 transferred, pursuant to JPML Rule 13(b).

23 It is likely the dates set forth in the *Order Setting Initial Case Management Conference*
24 filed November 30, 2005 (Document 2),  including the deadlines imposed by Federal Rules of
25 Civil Procedure 26, will come to pass before the Clerk of the JPML acts.

26 In addition, it has come to the attention of counsel that the Judge assigned to hear the
27 cases pending in MDL 875, the Honorable Charles R. Weiner of the Eastern District of
28 Pennsylvania, passed away on November 9, 2005 and that the Clerk of that Court has reported a

1 backlog in cases transferred to that Court by the MDL panel.

2 The parties make this Motion on the grounds that a stay of this action would (a) promote
3 judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the
4 parties.

5 Due to the pending action by the Clerk of the JPML, the parties hereby STIPULATE to
6 and respectfully request the Court VACATE its *Order Setting Initial Case Management*
7 *Conference* filed November 30, 2006 (Document 2), and that the Court issue an Order
8 STAYING this action pending the outcome of the MDL Panel's decision on the merits of the
9 transfer.

10 In the alternative, the parties hereby STIPULATE to and respectfully request that the
11 dates set forth in the *Order Setting Initial Case Management Conference* filed November 30,
12 2005 (Document 2), be vacated and continued pending the outcome of the JPML's decision on
13 the merits of the transfer. Specifically, these deadlines include the **March 10, 2006** deadline to
14 meet and confer, and file Joint ADR Certification, the **March 24, 2006** Deadline to complete
15 Initial Disclosures, the **March 24, 2006** deadline to file the Joint Case Management Statement
16 and the Case Management Conference currently set for **March 31, 2006.**

17 Dated: February 28, 2006                BRAYTON❖PURCELL LLP

18                                         /s/ David R. Donadio

19
                                           By: _____
20                                              David R. Donadio
                                                Attorneys for Plaintiffs
21

22 Dated: February 24, 2006                SEDGWICK, DETERT, MORAN &
                                           ARNOLD, LLP
23
                                           /s/ Damon McClain
24
                                           By: _____
25                                              Damon McClain
                                                Attorneys for Defendant
26                                              GENERAL ELECTRIC COMPANY

27 //

28 //

K:\Injured\104921\stip to stay or cont (Oxford and Williams FED11).wpd      3
JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINE AND CONFERENCE, [PROPOSED] ORDER TO STAY; [PROPOSED] ORDER TO CONTINUE - - C05-4946 SI

| | |
|---|---|
| Dated: February 25, 2006 | KNOTT & GLAZIER LLP |
| | /s/ Laura Patricia Yee |
| | By: _____<br>Laura Patricia Yee<br>Attorneys for LOCKHEED MARTIN CORPORATION |
| Dated: February 27, 2006 | YARON & ASSOCIATES |
| | /s/ D. David Steele |
| | By: _____<br>D. David Steele<br>Attorneys for TODD SHIPYARDS CORPORATION |

[PROPOSED] **ORDER TO STAY**

IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Order Setting Initial Case Management Conference* filed November 30, 2005 (Document 2), are hereby VACATED and that this action is STAYED pending the outcome of the JPML's decision on the merits of the transfer.

Dated: _____

_____
Susan Illston
United States District Court Judge

[PROPOSED ALTERNATIVE] **ORDER TO CONTINUE**

IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Order Setting Initial Case Management Conference* filed November 30, 2005 (Document 2), are hereby VACATED.

IT IS FURTHER ORDERED that the following case management deadlines are continued as follows:

1. Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan is [set for a date on or after July 15, 2006 to wit:] _____, 2006;

//

1  //

2      2.    Last day to file Joint ADR Certification with Stipulation to ADR process or
3  Notice of Need for ADR Phone Conference is [set for a date on or after July 15, 2006 to wit:]
4  _____, 2006;

5      3.    Last day to complete initial disclosures or state objection to Rule 26(f) Report,
6  file/serve Case Management Statement and file/serve Rule 26(f) Report is [set for a date on or
7  after July 15, 2006 to wit:]  _____, 2006; and

8      4.    The Case Management Conference is [set for a date on or after July 15, 2006 to
9  wit:]  Friday, _____ 2006 at 2:00 p.m., Courtroom 10 , 19th  Floor, 450 Golden Gate
10 Avenue, San Francisco, California.

11 Dated: _____

12                                                      _____ .
13                                                     Susan Illston
                                                     United States District Court Judge

K:\Injured\104921\stip to stay or cont (Oxford and Williams FED11).wpd    5

JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINE AND CONFERENCE, [PROPOSED] ORDER TO STAY; [PROPOSED] ORDER TO CONTINUE - - C05-4946 SI