**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY OXFORD, *et al.*, | Case No. 3:05-cv-04946-CRB |
| Plaintiffs, | **ORDER GRANTING PARTIES'** |
| vs. | **DISMISSAL WITHOUT PREJUDICE** |
| GENERAL ELECTRIC COMPANY, *et al.*, | **OF DEFENDANT GENERAL ELECTRIC COMPANY** |
| Defendants. | |
| **In Re: CAROLYN ANN WILLIAMS and YVETTE MCLEMORE-WILLIAMS** | |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant GENERAL ELECTRIC COMPANY are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: October 25, 2013      By: _____
Charles R. Breyer
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY